THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARREN CYRRUS ALADE,

   Petitioner

v.            4:20-CV-1354
             (JUDGE MARIANI)

WARDEN CLAIR DOLL,

   Respondent

## ORDER

**AND NOW, THIS 18TH DAY OF DECEMBER, 2020,** upon review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 11) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 11) is **ADOPTED** for the reasons set forth therein.[1]

2. The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DENIED** and the Petition is **DISMISSED WITHOUT PREJUDICE**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

4. The Clerk of Court is directed to **CLOSE** this case.

                /s/ Robert D. Mariani
                Robert D. Mariani
                United States District Judge

---

[1] With respect to the application of *Jennings v. Rodriguez*, 138 S.Ct. 830 (2018), the Court notes that the Supreme Court therein found no entitlement to a bond hearing for illegal aliens detained under 8 U.S.C. § 1226(c) but that it declined to reach the issue of whether § 1226(c)'s provisions for detention are constitutional. The Supreme Court instead remanded the constitutional issue to the Court of Appeals for the Ninth Circuit, who, in turn, remanded the issue to the district court.